## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 23-CV-24440 LENARD

Plaintiff:
**ERICA LUBART, as parent and natural guardian of M.L., a minor**

vs.

Defendant:
**NCL (Bahamas) LTD**

For:
Carol Finklehoffe
Lipcon, Margulies & Winkleman, P.A.

Received by DLE Process Servers, Inc on the 27th day of November, 2023 at 2:05 pm to be served on **Ncl (Bahamas) Ltd c/o R/A: Daniel S. Farkas, Esq., 7665 Corporate Center Drive, Miami, FL 33126**

I, Antonio Samalea, do hereby affirm that on the **29th day of November, 2023** at **2:45 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action, Complain and Demand For Jury Trial** with the date and hour of service endorsed thereon by me, to: **Joana Jara** as **Employee Authorized** for **Ncl (Bahamas) Ltd**, at the address of: **7665 Corporate Center Drive, Miami, FL 33126**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18 and have no interest in the above action.

_____
**Antonio Samalea**
ID 3780

**DLE Process Servers, Inc**
**936 Sw 1st Avenue**
**#261**
**Miami, FL 33130**
**(786) 220-9705**

Our Job Serial Number: DLE-2023060546

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2t